JS-6 / ENTERED

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL Petitioner
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 7·3·13

DEPUTY CLERK

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL - 3 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HECTOR PEREZ SOLANO,                ) Case No. CV 12-7010-DOC (JPR)
                                    )
            Petitioner,             )
                                    )         J U D G M E N T
      vs.                           )
                                    )
ELVIN VALENZUELA, Warden,           )
                                    )
            Respondent.             )
_____)

   Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

   IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: 7/2/13

_____
DAVID O. CARTER
U.S. DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL - 3 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY